```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DAVID ROSEN and SHARON ROSEN,                                          :
                                                                       :
                        Plaintiffs,                                    :
                                                                       :           21-CV-683 (JPC)
        -v-                                                            :
                                                                       :              ORDER
KALMAN SPORN and LEAH SPORN SAVITT                                     :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On February 4, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by April 5, 2021 in preparation for the Initial Pretrial Conference scheduled for April 12, 2021 at 11:30 a.m. (Dkt. 9.) The parties failed to do so. The parties shall file these materials no later than 11:59 p.m. on April 8, 2021.

      SO ORDERED.

Dated: April 7, 2021  
       New York, New York

                                                                         _____  
                                                                                   JOHN P. CRONAN  
                                                                          United States District Judge