UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID ROSEN and SHARON ROSEN,

                Plaintiffs,

                -v-

KALMAN SPORN and LEAH SPORN SAVITT

                Defendants.
------------------------------------------------------------------X

21-CV-683 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      The Second Amended Complaint in this action was filed on February 1, 2021. Dkt. 5. Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served "within 90 days after the complaint is filed." Plaintiffs have not filed proof of service on Defendant Kalman Sporn. Within one week of the filing of this Order, Plaintiffs shall either file proof of service or show cause why this action should not be dismissed for failure to prosecute.

      SO ORDERED.

Dated: July 2, 2021
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge