UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DAVID ROSEN and SHARON ROSEN,                              :
:
Plaintiffs,            :
:          21-CV-683 (JPC)
-v-                    :
:              ORDER
KALMAN SPORN and LEAH SPORN SAVITT                         :
:
Defendants.            :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has been informed that Plaintiffs' counsel, N. Ari Weisbrot, has passed away. The Court sends its condolences to Mr. Weisbrot's family.

By September 6, 2021, Plaintiffs shall either retain substitute counsel or inform the Court by letter that they wish to proceed *pro se*. If Plaintiffs wish to proceed *pro se*, they should send the letter to the following address: Pro Se Intake Unit, 500 Pearl Street, New York, NY 10007. If Plaintiffs fail to comply with this Order, the Court will dismiss this action without prejudice without further notice.

The Clerk of Court is respectfully directed to mail a copy of this Order to the following addresses:

    Law Office of N. Ari Weisbrot LLC
    1099 Allessandrini Avenue
    New Milford, NJ 07646

    David and Sharon Rosen
    17 Caspi Street
    Jerusalem 9355420, Israel

SO ORDERED.

Dated: July 6, 2021
      New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge